——, 710 A.2d 1108 (Pa.1998); and *Shope v. Eagle,* —— Pa. ——, 710 A.2d 1108 (Pa.1998).

*no v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998).

Edwin S. LIVINGSTON and Helen T. Livingston, Petitioners,

v.

R.P. HOFFMAN MOBIL, INC., Paul Arthur Hoffman and Lois Fischer Hoffman, Individually and Randolph Hoffman t/a R.P. Hoffman Excavating, Sussex Tank Company, Inc., Ray's Pump, Ray's Pump And Tank, Lloyd J. Nolan, Inc., Mobile Oil Corp., Airline Petroleum Company, Texaco, Inc., Roche Supply Earl Toler, Individually and t/a Toler Excavating, Respondents.

Supreme Court of Pennsylvania.

May 29, 1998

Theodore M. Schaer, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED** with respect to the issue of entry of judgment of non pros, the Order of the Superior Court is **REVERSED IN PART,** and the matter is **REMANDED** to the Court of Common Pleas of Monroe consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998) and *Mari-*

Edwin S. LIVINGSTON and Helen T. Livingston, Petitioners,

v.

R.P. HOFFMAN MOBIL, INC., Paul Arthur Hoffman and Lois Fischer Hoffman, Individually and Randolph Hoffman t/a R.P. Hoffman Excavating, Sussex Tank Company, Inc., Ray's Pump, Ray's Pump and Tank, Lloyd J. Nolan, Inc., Mobile Oil Corp., Airline Petroleum Company, Texaco, Inc., Roche Supply Earl Toler, Individually and t/a Toler Excavating, Respondents.

Supreme Court of Pennsylvania.

May 29, 1998.

Theodore M. Schaer, Philadelphia, for petitioner.

### ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED** with respect to the issue of entry of judgment of non pros, the Order of the Superior Court is **REVERSED IN PART,** and the matter is **REMANDED** to the Court of Common Pleas of Monroe consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (Pa.1998) and

*Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (Pa.1998).

**Ruth ECKENRODE, Richard Hamilton and Margaret Hamilton, h/w, Thomas Keiper and Linda Keiper, h/w, James McCool and Joanne McCool, h/w, Eugene Musselman and Linda Musselman, h/w, Nelson Panazzolo and Diane Panazzolo, h/w, John Saldibar and Vie Saldibar, h/w, William Thomas, Anneliese Young, Isabelle Wolfe, Jack Neal and Dorothy Neal, h/w and Olga Daddario, Petitioners,**

v.

**R.P. HOFFMAN MOBIL, INC., Paul Arthur Hoffman and Lois Fischer Hoffman, Individually and Randolph Hoffman t/a R.P. Hoffman Excavating, Sussex Tank Company, Inc., Ray's Pump, Ray's Pump and Tank, Lloyd J. Nolan, Inc., Mobile Oil Corp., Airline Petroleum Company, Texaco, Inc., Earl Toler, Individually and t/a Toler Excavating and Roche Supply, Inc., Respondents.**

Supreme Court of Pennsylvania.

May 29, 1998.

### ORDER

PER CURIAM:

AND NOW, this 29th day of May, 1998, the Petition for Allowance of Appeal is **GRANTED** with respect to the issue of entry of judgment of non pros, the Order of the Superior Court is **REVERSED IN PART**, and the matter is **REMANDED** to the Court of Common Pleas of Monroe consistent with this Court's opinion in *Jacobs v. Halloran,* —— Pa. ——, 710 A.2d 1098 (1998) and *Marino v. Hackman,* —— Pa. ——, 710 A.2d 1108 (1998).

**Ruth ECKENRODE, Richard Hamilton and Margaret Hamilton, h/w, Thomas Keiper and Linda Keiper, h/w, James McCool and Joanne McCool, h/w, Eugene Musselman and Linda Musselman, h/w, Nelson Panazzolo and Diane Panazzolo, h/w, John Saldibar and Vie Saldibar, h/w, William Thomas, Anneliese Young, Isabelle Wolfe, Jack Neal and Dorothy Neal, h/w and Olga Daddario, Petitioners,**

v.

**R.P. HOFFMAN MOBIL, INC., Paul Arthur Hoffman and Lois Fischer Hoffman, Individually and Randolph Hoffman t/a R.P. Hoffman Excavating, Sussex Tank Company, Inc., Ray's Pump, Ray's Pump and Tank, Lloyd J. Nolan, Inc., Mobile Oil Corp., Airline Petroleum Company, Texaco, Inc., Earl Toler, Individually and t/a Toler Excavating and Roche Supply, Inc., Respondents.**

Supreme Court of Pennsylvania.

May 29, 1998.